UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY V. JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-1906 (UNA) |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court GRANTS plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and for the reasons discussed below, DISMISSES the complaint (ECF No. 1) and this civil action without prejudice.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

This complaint merely demands a writ of mandamus without setting forth a basis for this Court's jurisdiction or alleging facts showing plaintiff is entitled to relief from any defendant. And it is unclear whether or how the instant complaint differs from that filed in a previous action, the appeal of which is pending before the United States Court of Appeals for the District of Columbia Circuit. *See Jenkins v. United States*, No. 23-5018 (D.C. Cir. Jan. 25, 2023). As drafted, plaintiff's complaint fails to meet the minimal pleading standard set forth in Rule 8(a). An Order is issued separately.

DATE: July 6, 2023                                  TREVOR N. McFADDEN
                                                    United States District Judge